**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-23730/2000539712

**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: December 09, 2009**



_____
**RANDOLPH J. HAINES**
U.S. Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 0:09-bk-21571-RJH |
| Thomas Walter Harrington and Natividad Diola Harrington | Chapter 7 |
| Debtors. | O R D E R |
| Mortgage Electronic Registrations Systems, Inc. as nominee for Saxon Mortgage Services, Inc., its successors and/or assigns | (Related to Docket # 8) |
| Movant, | |
| vs. | |
| Thomas Walter Harrington and Natividad Diola Harrington, Debtors; Maureen Gaughan, Trustee. | |
| Respondents. | |

This matter having come before the Court for a Preliminary Hearing on December 2, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., and good cause appearing,

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated October 4, 2007 , in the office of the Los Angeles County Recorder at wherein Mortgage Electronic Registrations Systems, Inc. as nominee for Saxon Mortgage Services, Inc., its successors and/or assigns is the current beneficiary and Thomas Walter Harrington and Natividad Diola Harrington have an interest in, further described as:

LOTS 254 AND 802 OF TRACT NO. 16878 AS PER MAP RECORDED IN BOOK 397 PAGES 36 TO 48 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDEROF SAID COUNTY.EXCEPT FROM THAT PORTION OF SAID LOT 254 WITHIN THE LINES OF THE LANDDESCRIBED IN PARCEL NO. 8 OF THE DEED TO THE HOBART-WILLIAMS CO.,PARTNERSHIP, RECORDED DECEMBER 12, 1950 IN BOOK 35077 PAGE 273, OFFICIALRECORDS, AN UNDIVIDED ONE-HALF INTEREST IN ALL OIL, GAS AND/OR MINERALS,IN AND UNDER SAID LAND, TOGETHER WITH THE RIGHT TO ENTER UPON SAID LANDAND TAKE ALL THE USUAL NECESSARY OR CONVENIENT MEANS TO BORE WELLS,MAKE EXCAVATIONS AND TO REMOVE SAID SUBSTANCES, AS RESERVED BY BANKOF AMERICA, A CORPORATION, IN DEED RECORDED SEPTEMBER 16, 1937 IN BOOK15215 PAGE 262, OFFICIAL RECORDS, THE SURFACE RIGHTS TO SAID LAND FOR A DISTANCE OF NOT MORE THAN 100 FEET IN DEPTH WAS QUITCLAIMED BY THE CAPITAL COMPANY, IN DEED RECORDED DECEMBER 12, 1950, IN BOOK 35077 PAGE221, OFFICIAL RECORDS.ALSO EXCEPT FROM THAT PORTION OF SAID LOT 254 WITHIN THE LINES OF THELAND DESCRIBED IN PARCEL 8 OF THE DEED TO THE HOBART-WILLIAMS CO.,RECORDED DECEMBER 12, 1950 IN BOOK 35077 PAGE 273, OFFICIAL RECORDS, ALLOIL, GAS, GASOLINE, ASPHALTUM OR OTHER HYDROCARBON SUBSTANCES LYING BELOW A DEPTH OF 100 FEET FROM THE SURFACE AS GRANTED TO THE CAPITAL COMPANY, BY DEED RECORDED DECEMBER 12, 1950 IN BOOK 35078 PAGE 129, OFFICIAL RECORDS.

ALSO EXCEPT FROM LOT 802, A 50% RIGHT, TITLE AND INTEREST IN AND TO ALL OIL, NAPHTHA, GAS, PETROLEUM OR OTHER KINDRED SUBSTANCES, DEPOSITED IN, LYING UNDER OR FLOWING THROUGH SAID LAND, AND ALL METALS OR MINERALS THEREIN OR THEREON, AS RESERVED BY REUBENFINGOLD AND DORRIS A.HIS WIFE, AND NANCY W. OWENS, A WIDOW, IN THE DEED REGISTERED ON FEBRUARY 28, 1944 AS DOCUMENT NO. 2861-

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this ___ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT